

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2020

No. 04-20-00300-CV

**GARY AND THERESA POENISCH FAMILY LIMITED PARTNERSHIP**,
Appellant

v.

**TMH LAND SERVICES, INC.**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 19-02-00030-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellee's third motion for an extension of time to file its brief is GRANTED. Appellee's brief is due on or before **December 22, 2020**. No further extensions will be granted absent extraordinary circumstances.

_Irene Rios_
_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2020.

_Michael A. Cruz_
_____
Michael A. Cruz,
Clerk of Court